[No. 13660-1-II.    Division Two.    August 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
KREITZER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88-1-00472-0, Alan R. Hallowell, J., entered

January 18, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, A.C.J., and Alexander, J.